UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

**GAYE LORIS**                                      **CASE NO. 1:24-CV-01498**

**VERSUS**                                          **JUDGE EDWARDS**

**USAA GENERAL INDEMNITY CO**                       **MAGISTRATE JUDGE PEREZ-MONTES**

**JUDGMENT**

Before the Court is a Motion to Remand filed by the plaintiff, Gaye Loris ("Loris" or "Plaintiff").[1] Defendant USAA General Indemnity Company ("USAA-GIC" or "Defendant") opposes the motion.[2] The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that the Motion to Remand be granted.[3] Defendant objected to the R&R[4] and Plaintiff responded to the objection.[5]

Defendant objected to the following findings by the Magistrate Judge: 1) the deposition of Loris's treating physician, taken by USAA-GIC, cannot constitute "other paper" that triggers the 30-day removal period because it was not a voluntary act of the Plaintiff; and 2) the Plaintiff's settlement demand triggered the 30-day removal period because it included medical records documenting a shoulder injury that was not pre-existing and a surgical recommendation.[6]

Following a *de novo* review of the record, the Court adopts the finding that the settlement demand triggered the 30-day removal period and thus removal was untimely because the case was

---

[1] Doc. 11.
[2] Doc. 13.
[3] Doc. 16.
[4] Doc. 18.
[5] Doc. 19.
[6] Doc. 16. The record shows that the settlement demand was received by USAA-GIC after it was served with the suit.

not removed within 30 days after receipt of the demand. The Court declines to adopt the finding that the physician's deposition did not constitute other paper. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Remand (Doc. 11) is **GRANTED**, and this matter is hereby remanded to the Ninth Judicial District Court for the Parish of Rapides, State of Louisiana, whence it was removed. 28 U.S.C. §1447(c).

**THUS DONE AND SIGNED** in Alexandria, Louisiana on this 7th day of February, 2025.

_____
**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**